# EXHIBIT B.1

# CLAIM CHART

# COUNT I

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/mg15pzoftme5g5m/RPReplay_Final1643226148.mov?dl=0

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/mg15pzoftme5g5m/RPReplay_Final1643226148.mov?dl=0

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)




FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/mg15pzoftme5g5m/RPReplay_Final1643226148.mov?dl=0

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/mg15pzoftme5g5m/RPReplay_Final1643226148.mov?dl=0

# EXHIBIT B.2

# CLAIM CHART

# COUNT II

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 1

Design Video Evidence: https://www.dropbox.com/s/kx9ep0h1weawgti/PNC-2.MP4?dl=0

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 2

Design Video Evidence: https://www.dropbox.com/s/kx9ep0h1weawgti/PNC-2.MP4?dl=0

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 3

Design Video Evidence: https://www.dropbox.com/s/kx9ep0h1weawgti/PNC-2.MP4?dl=0

FinTech Innovation Associates LLC v PNC Bank (Mobile App Design)



FIGURE 4

Design Video Evidence: https://www.dropbox.com/s/kx9ep0h1weawgti/PNC-2.MP4?dl=0