EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| FINTECH INNOVATION ASSOCIATES LLC., | Case No. |
| Plaintiff, | |
| vs. | |
| PNC BANK, N.A., | |
| Defendant. | |

## EVIDENCE AFFIDAVIT BY WILLIAM GRECIA

1.  I, William Grecia, Principle Officer of FinTech Innovations Associates LLC (FIA), am an individual over the age of 18 years. The following facts are based on my personal knowledge. If called to testify, I would and could testify competently to these facts.

2.  FIA is the assigned owner of D945,453.

3.  As part of the pre-filing investigation, I filmed demonstration videos to support the claim charts included with this filing using the publically distributed PNC mobile apps and saved them for inclusion using my Dropbox account.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that these facts are true and correct.

Date:  March 8, 2022

_William Grecia_
Principle Officer
FIA LLC