# Exhibit A

|   | Plaintiff | Defendant | Court | Case No. | Filed/Transferred | Terminated/Transferred | Method of Termination |
|---|---|---|---|---|---|---|---|
| 1 | William Grecia | Apple, Inc. | NDIL | 1:13-cv-08727 | 12/6/2013 | 2/18/2014 | Transferred to NDCA |
| 2 | William Grecia | Sony Network Entertainment Int'l, LLC | NDIL | 1:13-cv-08731 | 12/6/2013 | 2/28/2014 | Transferred to NDCA |
| 3 | William Grecia | Google Inc. | NDIL | 1:13-cv-08733 | 12/6/2013 | 2/25/2014 | Transferred to NDCA |
| 4 | William Grecia | Microsoft Corp. | NDIL | 1:13-cv-08734 | 12/6/2013 | 2/18/2014 | Transferred to WDWA |
| 5 | William Grecia | Apple, Inc. | NDCA | 3:14-cv-00775 | 2/18/2014 | 6/10/2015 | Voluntary Dismissal |
| 6 | William Grecia | Sony Network Entertainment Int'l, LLC | NDCA | 3:14-cv-00969 | 3/3/2014 | 5/29/2015 | Settlement |
| 7 | William Grecia | Microsoft Corp. | WDWA | 2:14-cv-00306 | 3/4/2014 | 8/17/2014 | Voluntary Dismissal |
| 8 | William Grecia | Google Inc. | NDCA | 3:14-cv-01194 | 3/13/2014 | 7/22/2014 | Voluntary Dismissal |
| 9 | William Grecia | VUDU, Inc. et al. | NDCA | 3:14-cv-01220 | 3/14/2014 | 5/27/2015 | Voluntary Dismissal |
| 10 | William Grecia | VUDU, Inc. et al. | CAFC | 15-1351 | 2/20/2015 | 5/29/2015 | Terminated Due to Dismissal |
| 11 | William Grecia | Amazon.com, Inc. | WDWA | 2:14-cv-00530 | 4/9/2014 | 1/26/2015 | Voluntary Dismissal |
| 12 | William Grecia | Apple, Inc. | NDCA | 4:14-cv-04990 | 11/12/2014 | 4/22/2015 | Voluntary Dismissal |
| 13 | William Grecia | Sony Network Entertainment Int'l, LLC | NDCA | 4:14-cv-05649 | 12/30/2014 | 5/13/2015 | Voluntary Dismissal |
| 14 | William Grecia | Amazon.com, Inc. | NDCA | 4:14-cv-05650 | 12/30/2014 | 3/31/2015 | Voluntary Dismissal |
| 15 | William Grecia | Samsung Telecommmunications Am | NDCA | 4:15-cv-00975 | 3/2/2015 | 3/24/2015 | Voluntary Dismissal |
| 16 | William Grecia | Amazon.com, Inc. | NDCA | 3:15-cv-01103 | 3/9/2015 | 3/30/2015 | Voluntary Dismissal |
| 17 | William Grecia | DISH Network, LLC | NDIL | 1:15-cv-02620 | 3/27/2015 | 6/18/2015 | Transferred to NDCA |
| 18 | William Grecia | DISH Network, LLC | NDCA | 3:15-cv-02808 | 6/22/2015 | 2/3/2016 | Settlement |
| 19 | William Grecia | DirecTV, LLC | NDIL | 1:15-cv-02617 | 3/27/2015 | 9/22/2015 | Transferred to NDCA |
| 20 | William Grecia | DirecTV, LLC | NDCA | 3:15-cv-04359 | 9/23/2015 | 11/12/2015 | Settlement |
| 21 | William Grecia | AT&T Services, Inc. | NDIL | 1:15-cv-02610 | 3/27/2015 | 9/22/2015 | Transferred to NDCA |
| 22 | William Grecia | AT&T Services, Inc. | NDCA | 3:15-cv-04360 | 9/23/2015 | 11/12/2015 | Settlement |
| 23 | William Grecia | WideOpenWest Finance, LLC | NDIL | 1:15-cv-02625 | 3/27/2015 | 7/7/2015 | Transferred to DDE |
| 24 | William Grecia | WideOpenWest Finance, LLC | DDE | 1:15-cv-00574 | 7/25/2015 | 2/5/2016 | Voluntary Dismissal |
| 25 | William Grecia | RCN Telecom Servs., LLC | NDIL | 1:15-cv-02621 | 3/27/2015 | 6/24/2015 | Transferred to DDE |
| 26 | William Grecia | RCN Telecom Servs., LLC | DDE | 1:15-cv-00532 | 6/25/2015 | 12/14/2015 | Voluntary Dismissal |
| 27 | William Grecia | Time Warner Cable, Inc. | EDWI | 2:15-cv-00570 | 5/12/2015 | 10/5/2015 | Transferred to CDCA |
| 28 | William Grecia | Time Warner Cable, Inc. | CDCA | 2:15-cv-07849 | 10/7/2015 | 11/6/2015 | Voluntary Dismissal |
| 29 | William Grecia | Charter Communications, Inc. | EDWI | 2:15-cv-00569 | 5/12/2015 | 10/9/2015 | Transferred to CDCA |
| 30 | William Grecia | Charter Communications, Inc. | CDCA | 2:15-cv-07973 | 10/9/2015 | 11/4/2015 | Voluntary Dismissal |
| 31 | William Grecia | Comcast Corp. | EDPA | 2:15-cv-02953 | 5/26/2015 | 10/6/2015 | Voluntary Dismissal |
| 32 | William Grecia | Mastercard International Inc. | SDNY | 1:15-cv-09059 | 11/18/2015 | 11/20/2018 | Voluntary Dismissal |
| 33 | William Grecia | Visa, Inc. | SDNY | 1:15-cv-09210 | 11/23/2015 | 11/1/2017 | Voluntary Dismissal |

| # | Plaintiff | Defendant | Court | Case No. | Filed | Terminated | Outcome |
|---|---|---|---|---|---|---|---|
| 34 | William Grecia | American Express Co. | SDNY | 1:15-cv-09217 | 11/23/2015 | 2/26/2017 | Settlement |
| 35 | William Grecia | Adobe Systems Inc. | NDCA | 3:15-cv-05474 | 11/30/2015 | 2/25/2016 | Voluntary Dismissal |
| 36 | William Grecia | DISH Network, LLC | NDCA | 4:16-cv-00588 | 2/3/2016 | 11/14/2018 | Voluntary Dismissal |
| 37 | William Grecia | McDonald's Corp. | NDIL | 1:16-cv-02560 | 2/24/2016 | 8/23/2016 | Motion to Dismiss Granted |
| 38 | William Grecia | McDonald's Corp. | CAFC | 17-1672 | 2/23/2017 | 3/6/2018 | Lower Court Decision Affirmed |
| 39 | William Grecia | Cox Communications, Inc. | NDGA | 1:16-cv-01324 | 4/22/2016 | 3/29/2017 | Voluntary Dismissal |
| 40 | William Grecia | 1-800-Flowers.com | SDNY | 1:16-cv-07022 | 9/8/2016 | 11/20/2018 | Settlement |
| 41 | William Grecia | BestBuy.com, LLC | SDNY | 1:16-cv-07024 | 9/8/2016 | 11/2/2017 | Voluntary Dismissal |
| 42 | William Grecia | J. Crew Group, Inc. | SDNY | 1:16-cv-07025 | 9/8/2016 | 11/20/2018 | Settlement |
| 43 | William Grecia | Neiman Marcus Group, Inc. | SDNY | 1:16-cv-07026 | 9/8/2016 | 4/22/2017 | Voluntary Dismissal |
| 44 | William Grecia | Adorama Camera, Inc. | SDNY | 1:16-cv-07111 | 9/12/2016 | 11/2/2017 | Voluntary Dismissal |
| 45 | William Grecia | Cablevision Systems Corp. | NDIL | 1:16-cv-10213 | 10/31/2016 | 1/26/2017 | Transferred to SDNY |
| 46 | William Grecia | Cablevision Systems Corp. | SDNY | 1:17-cv-01784 | 3/7/2017 | 4/6/2017 | Settlement |
| 47 | William Grecia | Adobe, Inc. | NDCA | 4:16-cv-06283 | 10/31/2016 | 11/26/2019 | Voluntary Dismissal |
| 48 | William Grecia | Big Ten Network Services, LLC | NDIL | 1:16-cv-10211 | 10/31/2016 | 3/6/2017 | Voluntary Dismissal |
| 49 | William Grecia | Fox Entertainment Group, Inc. | NDIL | 1:16-cv-10216 | 10/31/2016 | 3/6/2017 | Voluntary Dismissal |
| 50 | William Grecia | NFL Network Services, LLC | NDIL | 1:16-cv-10221 | 10/31/2016 | 3/6/2017 | Settlement |
| 51 | William Grecia | Starz Entertainment, LLC | NDIL | 1:16-cv-10222 | 10/31/2016 | 1/27/2017 | Likely Settlement |
| 52 | William Grecia | Target Corp. | NDIL | 1:16-cv-10267 | 11/1/2016 | 1/20/2017 | Transferred to NDCA |
| 53 | William Grecia | Target Corp. | NDCA | 4:17-cv-00323 | 1/23/2017 | 12/4/2018 | Voluntary Dismissal |
| 54 | William Grecia | Samsung Electronics America, Inc. | SDNY | 1:16-cv-09691 | 12/15/2016 | 12/18/2019 | Claims found indefinite at claim construction; stipulated final judgment |
| 55 | William Grecia | Samsung Electronics America, Inc. | CAFC | 19-1019 | 10/4/2018 | 8/20/2019 | Lower Court Decision Affirmed |
| 56 | William Grecia | Discover Financial Services, Inc. | NDIL | 1:17-cv-07300 | 10/10/2017 | 11/12/2018 | Settlement |
| 57 | William Grecia | Walgreen Co. [sic] | NDIL | 1:18-cv-01848 | 3/14/2018 | 12/14/2018 | Motion to Dismiss Granted |
| 58 | William Grecia | Walgreen Co. [sic] | CAFC | 19-1418 | 1/16/2019 | 11/18/2019 | Lower Court Decision Affirmed |
| 59 | William Grecia | ALDI Inc. | NDIL | 1:18-cv-01884 | 3/15/2018 | 12/3/2018 | Voluntary Dismissal |
| 60 | William Grecia | Sears Holdings Corp. | NDIL | 1:18-cv-01885 | 3/15/2018 | 10/23/2018 | Sua Sponte Dismissal following Notice of Bankruptcy Proceedings for Defendant |
| 61 | William Grecia | True Value Company | NDIL | 1:18-cv-01886 | 3/15/2018 | 9/18/2018 | Voluntary Dismissal |
| 62 | William Grecia | JPMorgan Chase & Co. | SDNY | 1:18-cv-03696 | 4/29/2018 | 12/13/2018 | Settlement |
| 63 | William Grecia | Sprint Communications Company L | SDNY | 1:18-cv-10426 | 11/9/2018 | 4/10/2019 | Voluntary Dismissal |
| 64 | William Grecia | T-Mobile USA, Inc. | SDNY | 1:18-cv-10428 | 11/9/2018 | 4/10/2019 | Voluntary Dismissal |
| 65 | William Grecia | Verizon Communications Inc. | SDNY | 1:18-cv-10429 | 11/9/2018 | 4/10/2019 | Voluntary Dismissal |
| 66 | William Grecia | The Bank of New York Mellon Corp | SDNY | 1:19-cv-02810 | 3/29/2019 | 3/16/2020 | Motion to Dismiss Granted |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | William Grecia | Citibank, NA | SDNY | 1:19-cv-02811 | 3/29/2019 | 3/16/2020 | Motion to Dismiss Granted |
| 68 | William Grecia | Morgan Stanley Smith Barney LLC | SDNY | 1:19-cv-02812 | 3/29/2019 | 3/16/2020 | Motion to Dismiss Granted |
| 69 | William Grecia | TIAA, FSB member FDIC | SDNY | 1:19-cv-02813 | 3/29/2019 | 3/16/2020 | Motion to Dismiss Granted |
| 70 | William Grecia | Samsung Electronics America, Inc. | SDNY | 1:19-cv-03278 | 4/11/2019 | 3/16/2020 | Motion to Dismiss Granted |
| 71 | William Grecia | Samsung Electronics America, Inc. | CAFC | 20-1831 | 5/22/2020 | 1/7/2021 | Lower Court Decision Affirmed |
| 72 | William Grecia | Cullen/Frost Bankers, Inc. | WDTX | 6:21-cv-00016 | 1/8/2021 | 3/2/2022 | Settlement |
| 73 | William Grecia | Kohl's Corp. | WDTX | 6:21-cv-00102 | 1/30/2021 | 4/9/2021 | Settlement |
| 74 | William Grecia | Samsung Austin Semiconductor LLC | WDTX | 6:21-cv-00131 | 2/6/2021 | 3/30/2021 | Settlement |
| 75 | William Grecia | Paypal, Inc. | WDTX | 6-21-cv-00309 | 3/30/2021 | | |
| 76 | Qondado LLC | Paypal, Inc. | WDTX | 6:21-cv-00565 | 6/3/2021 | 8/31/2021 | Voluntary Dismissal |
| 77 | Grecia Estate Holdings LLC | Staples, Inc. | WDTX | 6:21-cv-00660 | 6/24/2021 | 9/14/2021 | Settlement |
| 78 | Grecia Estate Holdings LLC | Facebook, Inc. | WDTX | 6:21-cv-00677 | 6/28/2021 | 6/6/2022 | Motion to Dismiss Granted |
| 79 | Grecia Estate Holdings LLC | Starbucks Corp. | WDTX | 6-21-cv-00679 | 6/28/2021 | 2/16/2022 | Voluntary Dismissal |
| 80 | Grecia Estate Holdings LLC | First National Bank Texas | WDTX | 6-21-cv-00830 | 8/10/2021 | 5/24/2022 | Settlement |
| 81 | Grecia Estate Holdings LLC | 7-Eleven, Inc. | WDTX | 6-21-cv-00831 | 8/10/2021 | 1/19/2022 | Voluntary Dismissal |
| 82 | Wepay Global Payments LLC | PNC Bank, N.A. | NDIL | 1:21-cv-05052 | 9/23/2021 | 4/5/2022 | Transferred to WDPA |
| 83 | Etla, LLC | PayPal, Inc. | WDTX | 6:21-cv-01005 | 9/28/2021 | | |
| 84 | Grecia Estate Holdings LLC | Broadway National Bank | WDTX | 6-21-cv-01025 | 10/4/2021 | 4/22/2022 | Settlement |
| 85 | Wepay Global Payments LLC | PayPal, Inc. | WDTX | 6:21-cv-01094 | 10/19/2021 | | |
| 86 | Wepay Global Payments LLC | Samsung Electronics Co., Ltd. et al. | WDTX | 6:21-cv-01095 | 10/20/2021 | | |
| 87 | Wepay Global Payments LLC | Bank of America, NA | NDIL | 1-22-cv-00105 | 3/1/2022 | | |
| 88 | Wepay Global Payments LLC | JPMorgan Chase & Co. | NDIL | 1-22-cv-00103 | 1/27/2022 | | |
| 89 | Wepay Global Payments LLC | Tesla, Inc. | WDTX | 6-22-cv-00224 | 3/1/2022 | | |
| 90 | Wepay Global Payments LLC | Apple, Inc. | WDTX | 6-22-cv-00223 | 3/1/2022 | 3/3/2022 | Voluntary Dismissal |
| 91 | Wepay Global Payments LLC | McDonald's Corp. | NDIL | 1-22-cv-01064 | 3/1/2022 | | |
| 92 | Wepay Global Payments LLC | Wal-Mart Stores, Inc. | NDIL | 1-22-cv-01062 | 3/1/2022 | 3/14/2022 | Voluntary Dismissal |
| 93 | Wepay Global Payments LLC | Amazon.com, Inc. | NDIL | 1-22-cv-01061 | 3/1/2022 | | |
| 94 | Wepay Global Payments LLC | Wells Fargo Bank | WDTX | 6-22-cv-00363 | 4/11/2022 | | |
| 95 | Wepay Global Payments LLC | PNC Bank, N.A. | WDPA | 2-22-cv-00592 | 4/21/2022 | 6/1/2022 | Motion to Dismiss Granted |